## United States District Court
## Violation Notice

**CVB Location Code**
A51

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FARK0067 | WHITEHAIR | 1692 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**FARK0067**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | | |
|---|---|---|---|
| 07/27/2019   09:52 | FED   36CFR   26153E | | |

**Place of Offense**
MT ELDEN (EASTSIDE, BEHIND RD)

Offense Description: Factual Basis for Charge                    HAZMAT ☐

BEING IN AN AREA DESCRIBED AS CLOSED (MUSEUM FIRE CLOSURE ORDER # 03-04-19-15F)

### DEFENDANT INFORMATION     Phone: ( 928 )

| Last Name | First Name | M.I. |
|---|---|---|
| HAWKINS | JASON | A |

**Street Address**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| FLAGSTAFF | AZ | 86004 | /1980 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | OK | 914 |

| ☒Adult ☐Juvenile Sex ☒M ☐F | Race | Hair BR | Eyes BLU | Height 5 ' 5 " | Weight 185 |
|---|---|---|---|---|---|

### VEHICLE    VIN:                                      CMV ☐

| Tag No. | State | Year | Make/Model PASS | Color |
|---|---|---|---|---|

| A ☒ | IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. *SEE INSTRUCTIONS (opposite).* | B ☐ | IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. *SEE INSTRUCTIONS (opposite).* |
|---|---|---|---|

| | Forfeiture Amount |
|---|---|
| | $30.00   Processing Fee |
| PAY THIS AMOUNT | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. DISTRICT COURT-FLAGSTAFF | 07/29/2019 |
| 123 N. SAN FRANCISCO ST. SUITE 200 FLAGSTAFF AZ | Time (hh:mm) 08:45 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete          Original - CVB Copy          FS-5300-4 (7/05)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **July 27, 2019** while exercising my duties as a law enforcement officer in the **Federal** District of **AZ**

Pursuant to 18USC 661: I contacted a transient camp located 400 yards northwest of the Flagstaff Ranger District compound on the Flagstaff Ranger District, Coconino National Forest. I was accompanied by US Forest Service Law Enforcement Officers MARK BRADY, CODA WITT, and Arizona Game & Fish Officer WILLIAM LEMON. The transient camp was located on July 24, 2019 by two AZ Game & Fish Officer assigned to the Museum Fire. At the campsite, we contacted four individuals sitting in the campsite, three males and one female. One of the males was identified as JASON A. HAWKINS, who stated he was staying in the large dome tent at the campsite with his common law wife SABRINA MARLENE NICHOLS. HAWKINS and NICHOLS stated they did not have a permanent resident where they resided. When asked for a mailing address, HAWKINS gave the homeless shelter address in the town of Flagstaff as his mailing address. I advised HAWKINS that he was occupying an area closed to entry by special order due to the Museum Fire. HAWKINS stated they have been accessing the campsite thru the public school located south of their campsite. I issued HAWKINS a mandatory appearance violation notice for 36 CFR 261.53E, beginning in an area described as closed for public health and safety per special order #03-04-19-15F. The area is closed to entry for public safety due to the Museum Fire. HAWKINS was also camping in violation of the Flagstaff Ranger District camping and campfires prohibition within city limits per special order # 04-112R.

The foregoing statement is based upon:

☒ MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **07/27/2019**
Date (mm/dd/yyyy)          Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: **7/29/19**
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| | CVB Location Code |
|---|---|
| | A51 |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FARK0068 | WHITEHAIR | 1692 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | |
|---|---|---|
| 07/27/2019    09:52 | FED   36CFR   26110B | |

Place of Offense

MT ELDEN (EASTSIDE, BEHIND RD)

Offense Description: Factual Basis for Charge                    HAZMAT ☐

OCCUPYING NFS LANDS WITHOUT AUTHORIZATION (RESIDING ON NATIONAL FOREST LANDS)

### DEFENDANT INFORMATION    Phone: ( 928

| Last Name | First Name | M.I. |
|---|---|---|
| HAWKINS | JASON | A |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| FLAGSTAFF | AZ | 86004 | .980 |

| Drivers License No. | CDL ☐ | D.L. State OK | Social Security No. 14 |
|---|---|---|---|

| ☒Adult ☐Juvenile | Sex ☒M ☐F | Race | Hair BR | Eyes BLU | Height 5 ' 5 " | Weight 185 |
|---|---|---|---|---|---|---|

### VEHICLE   VIN:                                CMV ☐

| Tag No. | State | Year | Make/Model  PASS | Color |
|---|---|---|---|---|

| A ☒ | IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite). | B ☐ | IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite). |
|---|---|---|---|

| | Forfeiture Amount |
|---|---|
| $30.00 | Processing Fee |
| PAY THIS AMOUNT | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. DISTRICT COURT-FLAGSTAFF | 07/29/2019 |
| 123 N. SAN FRANCISCO ST. SUITE 200 FLAGSTAFF AZ | Time (hh:mm) 08:45 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete          Original - CVB Copy          FS-5300-4 (7/05)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 27, 2019    while exercising my duties as a law enforcement officer in the    Federal    District of    AZ

Pursuant to 18USC 551:  I contacted a transient camp located 400 yards northwest of the Flagstaff District compound on the Flagstaff Ranger District, Coconino National Forest. I was accompanied by US Forest Service Law Enforcement Officers MARK BRADY, CODA WITT, and Arizona Game & Fish Officer WILLIAM LEMON. The transient camp was located by two AZ Game & Fish Officer assigned to the Museum Fire. At the campsite, we contacted four individuals sitting in the campsite, three males and one female. One male was identified as JASON A. HAWKINS, who stated he was staying in the large dome tent at the campsite with his common law wife SABRINA M. NICHOLS. When asked if they had a permanent resident, NICHOLS and HAWKINS stated "No". I pointed to their dome tent and asked if that was their home now, HAWKINS stated "for now". When asked for a mailing address, HAWKINS also gave the homeless shelter address in the town of Flagstaff as her mailing address. I advised HAWKINS it is prohibited to use the National Forest for residential purposes. I issued HAWKINS a mandatory appearance violation notice for 36 CFR 261.10B, taking possession of, occupying or otherwise using National Forest System Lands for residential purposes without a special-use authorization, or as otherwise authorized by Federal law or regulation. HAWKINS' current camping location was also in violation of the Flagstaff Ranger District camping and campfires prohibition within city limits per special order # 04-112R.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

| Executed on: | 07/27/2019 | |
|---|---|---|
| | Date (mm/dd/yyyy) | Officer's Signature |

☐ Probable cause has been stated for the issuance of a warrant.

| Executed on: | 7/29/19 | |
|---|---|---|
| | Date (mm/dd/yyyy) | U.S. Magistrate Judge |

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident